FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASC MACHINE TOOLS INC., a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE HANOVER AMERICAN INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　　　　　Defendant. | No.　2:16-CV-00425-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 13, 2017, the parties filed a stipulated dismissal, ECF No. 32. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

　**1.**　The parties' Stipulation and Order of Dismissal of All Claims, **ECF No. 32**, is **GRANTED.**

　**2.**　All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

　**3.**　All pending motions are **DENIED AS MOOT.**

　**4.**　All hearings and other deadlines are **STRICKEN.**

　**5.**　The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day of September 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2